**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| C.G., et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 4:25-cv-00053-APR |
| | ) |
| Metropolitan School District of | ) |
| Warren County, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, C.G., H.G., and G.G., and Defendant Metropolitan School District of Warren

County, by their respective counsels, hereby stipulate to the dismissal of all claims in this matter,

with prejudice, each party to bear its own costs and attorneys' fees.


Respectfully submitted,

| | |
|---|---|
| *Alexandra M. Curlin (with permission)* | *Jessica L. Billingsley* |
| Alexandra M. Curlin | Jessica L. Billingsley |
| Curlin Clay Law | Church Church Hittle + Antrim |
| 8510 Evergreen Ave. | Two North Ninth Street |
| Indianapolis, IN 46240 | Noblesville, IN 46060 |
| acurlin@curlinclaylaw.com | jbillingsley@cchalaw.com |
| | |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |

1